UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO SOLORIO,<br><br>　　　　Defendant. | Case No.  1:11-CR-00194-DAD-BAM<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT<br><br>(Doc. No. 7) |

　　　Having reviewed the United States' Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a), and good cause appearing, the Indictment in the above-captioned matter is dismissed in the interest of justice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 29, 2016**　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1